IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 96-00121-a |
| ) | |
| v. ) | COUNT 1 - 18 U.S.C. §§371 & 751(a) |
| ) | Conspiracy to Escape |
| MARVIN GOODMAN, ) | |
| Defendant ) | COUNT 2 - 18 U.S.C. §751(a) |
| a/k/a Kenzie Lewis ) | Attempted Escape |
| ) | |

APRIL 1996 TERM ---- at Alexandria

INDICTMENT

COUNT 1

THE GRAND JURY CHARGES THAT:

In or about early March 1996 and continuing through March 20, 1996, in Fairfax County, Virginia, in the Eastern District of Virginia, the defendant MARVIN GOODMAN, a/k/a Kenzie Lewis, did unlawfully, knowingly, and intentionally combine, conspire, confederate and agree with Larry Lucas and others known and unknown to the Grand Jury to commit the following offense against the United States:

To unlawfully, knowingly and willfully escape from the custody of the Attorney General and her authorized representative, namely the District of Columbia Department of Corrections, after having been convicted



of a felony and lawfully committed to the custody of the Attorney General and her authorized representative, by virtue of a Judgement and Commitment Order of the District of Columbia Superior Court, in violation of Title 18, United States Code, Section 751(a).

### WAYS, MANNER AND MEANS TO ACCOMPLISH THE CONSPIRACY

The primary purpose of the conspiracy was to facilitate and assist the escape of the defendant MARVIN GOODMAN, a/k/a Kenzie Lewis, and Larry Lucas from the Lorton Reformatory Correctional Complex. The ways, manner and means by which this purpose was carried out included the following:

1. It was part of the conspiracy that the defendant MARVIN GOODMAN, a/k/a Kenzie Lewis, would discuss with Larry Lucas at the Maximum Security Facility of the Lorton Reformatory Correctional Complex the means of the escape and agree upon a plan to escape from the Maximum Security Facility, where the defendant and Larry Lucas were incarcerated.

2. It was further part of the conspiracy that defendant MARVIN GOODMAN, a/k/a Kenzie Lewis, would fabricate a rope to be used in the escape attempt.

3. It was further part of the conspiracy that MARVIN GOODMAN, a/k/a Kenzie Lewis, and Larry Lucas would breach the fence at Cellblock #2 recreation yard during recreation time and sneak over to six tower where they would attempt to escape over the wall of the Maximum Security Facility.

2

## OVERT ACTS

In furtherance of the said conspiracy and to effect the objects thereof, the defendant and his co-conspirator committed overt acts in the Eastern District of Virginia and elsewhere including, but not limited to, the following:

1. On or about March 19, 1996, in the Eastern District of Virginia, the defendant MARVIN GOODMAN, a/k/a Kenzie Lewis, fabricated a rope out of bed sheets for use in an attempt to scale the wall and escape from the Maximum Security Facility of the Lorton Reformatory Correctional Complex.

2. On or about March 20, 1996, in the Eastern District of Virginia, the defendant MARVIN GOODMAN, a/k/a Kenzie Lewis, and Larry Lucas breached the fence of the Cellblock #2 recreation yard so that they could make an escape attempt from the Maximum Security Facility.

3. On or about March 20, 1996, in the Eastern District of Virginia, the defendant MARVIN GOODMAN, a/k/a Kenzie Lewis, and Larry Lucas made their way to the wall underneath six tower in order to attempt to escape the Maximum Security Facility by going over the wall.

(All in violation of Title 18, United States Code, Sections 371 and 751(a)).

3

## COUNT 2

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 20, 1996, at the Maximum Security Facility of the Lorton Reformatory Correctional Complex, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant MARVIN GOODMAN, a/k/a Kenzie Lewis, having been convicted of a felony and lawfully committed to the custody of the Attorney General and her authorized representative, namely, the District of Columbia Department of Corrections, by virtue of a Judgement and Commitment Order of the District of Columbia Superior Court, did unlawfully, knowingly and willfully attempt to escape from such custody.

(In violation of Title 18, United States Code, Section 751(a).)

A TRUE BILL:

███████████████████████

FOREPERSON

_Helen F Fahey_
HELEN F. FAHEY
UNITED STATES ATTORNEY

_by Justin W. Williams_
Justin W. Williams
Assistant United States Attorney
Chief, Criminal Division

_Irvin McCreary Allen_
Irvin McCreary Allen
Special Assistant
United States Attorney

4